```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**PAUL CHRISTOPHER JOHNSON,**

      Plaintiff,

v.	Civil Action No. 2:19-cv-00342

**PARKERSBURG POLICE DEPARTMENT et al.,**

      Defendants.

<u>MEMORANDUM OPINION AND ORDER</u>

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on June 10, 2020; and the Magistrate Judge having recommended that the court construe the defendants' Motion for Summary Judgment or in the Alternative Motion to Dismiss as a motion to dismiss, and that the court grant such motion; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that this case be, and it hereby is, dismissed.

The Clerk is directed to transmit copies of this memorandum opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: July 7, 2020

_____
John T. Copenhaver, Jr.
Senior United States District Judge